# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D23-2281
Lower Tribunal No. 2009-CF-011033-A-O

———————————————

TARQUAVIS BURTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the Circuit Court for Orange County.
Chad K. Alvaro, Judge.

February 13, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, SMITH and MIZE, JJ., concur.

Robert Wesley, Public Defender, and Robert Thompson Adams, IV, Assistant Public Defender, Orlando, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Pamela J. Koller, Assistant Attorney General, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED